# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WAYLON C. CALLAWAY, *et al.*, : | |
| Plaintiffs, : | |
| vs. : | CIVIL ACTION NO. 10-00321-B |
| BP, PLC, *et al.*, : | |
| Defendants. : | |

## ORDER

This action is before the Court on Defendant Cameron International Corporation's Motion for Extension of Time in Which to Respond to the Complaint (Doc. 7) and Defendant Halliburton Energy Services, Inc.'s Motion to Stay. (Doc. 20).

In its motion, Cameron International Corporation (hereinafter "Cameron"), asserts that it has been named in over one hundred cases arising out of the explosion and fire onboard Transocean's Deepwater Horizon drilling rig on April 4, 2010, and the ensuing oil spill. According to Defendant, in light of the sheer number of cases which have been filed in multiple jurisdictions, additional time is needed in order to prepare appropriate motions, answers or responses. Defendant Cameron requests that the deadline for its answers, motions or other responses be extended to August 16, 2010. Upon consideration, and for good cause shown, the motion is GRANTED in part, and DENIED in part. The deadline for

Defendant Cameron's answer, motion or other response is extended to **July 30, 2010.**

Also pending before the Court is Defendant Halliburton Energy Services, Inc.'s Motion to Stay. (Doc. 20). Upon consideration, the Motion to Stay is **DENIED** with leave to re-file after responsive pleadings have been filed. See <u>Burke v. BP Corporation North America, Inc.,</u> et al., No. 10-cv-00195-WS-M (S.D. Ala. May 25, 2010) (order denying motion for stay (Doc. 41)).

DONE this **1st** day of **July, 2010.**

                                                   /s/ Sonja F. Bivins
                                       **UNITED STATES MAGISTRATE JUDGE**